MAY RICHTER, RESPONDENT, v. E. I. DU PONT DE NEMOURS & COMPANY, APPELLANT.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellant, *Edwin Joseph O'Brien*.

For the respondent, *George G. Tartar*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, LLOYD, HEHER, PERSKIE, DEAR, WOLFSKEIL, RAFFERTY, JJ.  8.

*For reversal*—THE CHANCELLOR, BODINE, HETFIELD, WELLS, WALKER, JJ.  5.